IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Cordero,<br><br>          Plaintiff,<br><br>vs.<br><br>Miraval Holding LLC, et al.<br><br>          Defendants. | No. CV-10-642-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge Leslie A. Bowman that recommends granting the Motion for Summary Judgment filed by Defendant Miraval Holding, LLC and Miraval Resort Tucson ("Miraval") on May 16, 2012. (Doc. 129.) As thoroughly explained by Magistrate Judge Bowman, Defendant Miraval is entitled to judgment as a matter of law because Plaintiff has failed to demonstrate a material issue of fact with respect to his claims against Miraval.[1] As the Court finds that the R&R appropriately resolved the Motion for Summary Judgment, Plaintiff's objections (Docs. 134, 137) are denied.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Bowman's Report and Recommendation (Doc. 129) is accepted and adopted;

(2) Defendant Miraval's motion for summary judgment (Doc. 93) is granted;

---

[1] The Court reviews *de novo* the objected-to portions of the R&R, and reviews for clear error the unobjected-to portions of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b); *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

(3) All other pending Motions are denied as moot; and

(4) The Clerk of the Court shall enter judgment and close the file in this matter.

Dated this 19th day of February, 2013.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge

- 2 -